No error of a reversible nature appearing in the record, the judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

### WEST v. STATE.
No. 20584.

Court of Criminal Appeals of Texas.
Oct. 11, 1939.

M. L. Bennett, of Normangee, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for cattle theft, punishment assessed being two years in the penitentiary.

The indictment properly charges the offense. The record is before this court without statement of facts or bills of exception, in which condition nothing is presented for review.

The judgment is affirmed.